# United States Bankruptcy Court
# Southern District of New York

In re **Jefferey R. Conot**                                Case No. **09-23096-rdd**
                      Debtor                  Chapter **13**

## ORDER CONVERTING CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7

The above debtor (the "Debtor") upon oral application by his attorney in Court on September 29, 2009, in accordance with 11 U.S.C. § 1307(a), seeking to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code). This case not having been previously converted from another case under the Bankruptcy Code and good cause appearing, IT IS ORDERED THAT:

1. This Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code.

2. Within 30 days of the date of this Order, the Chapter 13 trustee shall file an accounting of all receipts and distributions made, together with a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case, as required by Federal Rule of Bankruptcy Procedure 1019(5).

3. The Chapter 13 trustee forthwith shall turn over to the Chapter 7 Trustee all records and property of the estate remaining in the Chapter 13 trustee's custody and control, as required by Federal Rule of Bankruptcy Procedure 1019(4).

4. Within 15 days of the date of this Order, the Debtor(s) shall file the statements and schedules required by Bankruptcy Rules 1019(1)(A) & 1007(c), if such documents have not already been filed.

5. Within 30 days of the date of this Order, the Debtor shall, if the case is converted after the confirmation of a plan, file:

    a. a schedule of all property not listed in the final report and account of the Chapter 13 Trustee which was acquired after the commencement of the Chapter 13 case but before the entry of this conversion order;

    b. a schedule of executory contracts entered into or assumed after the commencement of the Chapter 13 case but before the entry of this conversion order;

    c. a schedule of unpaid debts not listed in the final report and account of the Chapter 13 Trustee which were incurred after the commencement of the Chapter 13 case but before the entry of this conversion order, as required by Federal Rule of Bankruptcy Procedure 1019(5); and

    d. a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. § 521(2)(A), and Federal Rule of Bankruptcy Procedure 1019(1)(B), and conforming to Official Form 8A.

6. The Debtor shall otherwise comply with his obligations as a Chapter 7 debtor.

    DATED: White Plains, New York
             October 8, 2009                                                    /s/Robert D. Drain
                                                                                       *United States Bankruptcy Judge*